UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Friday October 31, 2003

11:00 a.m.

CASE NO.   3-03-cv-227 North Amer Pharmacal v Goen Group, Inc
------------------------------------------------------------

COUNSEL OF RECORD:

| | |
|---|---|
| Michael A. Colodney | Goen Technologies Corp, 8 Ridgedale Ave., Cedar Knolls, NJ |
| Brian P. Daniels | Brenner, Saltzman & Wallman, 271 Whitney Ave., Po Box 1746, New Haven, CT 203-772-2600 |
| Stephen P. McNamara | St. Onge, Steward, Johnston & Reens, 986 Bedford St., Stamford, CT 203-324-6155 |
| Rowena Amanda Moffett | Brenner, Saltzman & Wallman, 271 Whitney Ave., Po Box 1746, New Haven, CT 203-772-2600 |
| J. Mark Pohl | Pharmaceutical Patent Attorneys, 55 Madison Ave. 4th Fl., Morristown, NJ |
| Jason J. Stephans | Goen Technologies Corp, 8 Ridgedale Ave., Cedar Knolls, NJ |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

STATUS CONFERENCE HELD
DATE: 10/31/03

15 min.