UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Monday November 3, 2003
10:30 a.m.

CASE NO. **3:03cv227 MRK**
<u>North Amer. Pharmacal et al v Goen Group, Inc et al</u>

Michael A. Colodney
Goen Technologies Corp
Legal Dept.
8 Ridgedale Ave.
Cedar Knolls, NJ 07927

Brian P. Daniels
Brenner, Saltzman & Wallman
271 Whitney Ave., Po Box 1746
New Haven, CT 06511-1746

Stephen P. McNamara
St. Onge, Steward, Johnston & Reens
986 Bedford St.
Stamford, CT 06905-5619

Rowena Amanda Moffett
Brenner, Saltzman & Wallman
271 Whitney Ave., Po Box 1746
New Haven, CT 06511-1746

J. Mark Pohl
Pharmaceutical Patent Attorneys
Pohl & Associates
55 Madison Ave. 4th Fl.
Morristown, NJ 07960-7397

Jason J. Stephans
Goen Technologies Corp
Legal Dept.
8 Ridgedale Ave.
Cedar Knolls, NJ 07927

STATUS CONFERENCE HELD
DATE: 11/4/03

3 min

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK