IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2003 NOV 14  P 4: 49

U.S. DISTRICT COURT
NEW HAVEN, CONN.

-----------------------------------------------------------x

NORTH AMERICAN PHARMACAL, INC.
And PETER J. D'ADAMO

      Plaintiffs,

vs.

GOEN GROUP, INC.
VITAMERICA CORPORATION
A/k/a VITAMERICA, INC.

      Defendants.

-----------------------------------------------------------x

Case No.: 303CV227 (MRK)

November 11, 2003

### JOINT MOTION FOR ENTRY OF STIPULATION OF DISMISSAL

Plaintiffs North American Pharmacal, Inc. and Peter J. D'Adamo AND Defendants Goen Group, Inc. and Vitamerica Corporation jointly move for entry of the accompanying Stipulation of Dismissal.

**NORTH AMERICAN PHARMACAL, INC.**
**PETER J. D'ADAMO**

Nov. 10, 2003
Date

Stephen P. McNamara (ct 01220)
St.Onge Steward Johnston & Reens LLC
986 Bedford Street
Stamford, CT  06905-5619
Tel. (203) 324-6155
Fax (203) 327-1096
Attorneys for Plaintiffs

**GOEN GROUP, INC.**
**VITAMERICA CORPORATION**
**A/k/a VITAMERICA, INC.**

11/14/03
Date

Brian P. Daniels (ct11863)
Rowena A. Moffett (ct19811)
Brenner, Saltzman & Wallman LLP
271 Whitney Avenue
New Haven, CT 06511
Tel. (203) 772-2600
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------------------------x

NORTH AMERICAN PHARMACAL, INC.
And PETER J. D'ADAMO

    Plaintiffs,

vs.

GOEN GROUP, INC.
VITAMERICA CORPORATION
A/k/a VITAMERICA, INC.

    Defendants.

Case No.: 303CV227 (MRK)

November 11, 2003

---------------------------------------------------------------x

## STIPULATION OF DISMISSAL

WHEREAS, Plaintiffs North American Pharmacal, Inc. and Peter J. D'Adamo have filed the above action for declaratory judgment, under 28 U.S.C. §§ 2201 and 2202, seeking a judgment of the invalidity, unenforceability, and non-infringement of U.S. Patent No. 6,503,529 against Defendant Goen Group, Inc. and Vitamerica, Inc.;

WHEREAS, Plaintiffs have filed Request for Reexamination of U.S. Patent No. 6,503,529 with the United States Patent and Trademark Office and Defendant Vitamerica Corporation has file a reissue application with regard to U.S. Patent No. 6,503,529;

WHEREAS, the parties desire to dismiss the present action while the request for reexamination proceeds, without prejudice to either party;

NOW THEREFORE, the parties stipulate and agree as follows:

1.     The present action is dismissed without prejudice.

2.     Each party shall bear its own costs and attorneys fees.

3. During the pendency of the Reexamination of U.S. Patent No. 6,503,529, neither party shall bring an action against the other regarding any claim of infringement or noninfringement, or validity or invalidity of U.S. Patent 6,503,529.

**STIPULATED AND AGREED TO:**

**NORTH AMERICAN PHARMACAL, INC.**
**PETER J. D'ADAMO**

Nov. 10, 2003
Date

Stephen P. McNamara (ct 01220)
St.Onge Steward Johnston & Reens LLC
986 Bedford Street
Stamford, CT 06905-5619
Tel. (203) 324-6155
Attorneys for Plaintiffs

**GOEN GROUP, INC.**
**VITAMERICA CORPORATION**
**A/k/a VITAMERICA, INC.**

11/14/03
Date

Brian P. Daniels (ct11863)
Rowena A. Moffett (ct19811)
Brenner, Saltzman & Wallman LLP
271 Whitney Avenue
New Haven, CT 06511
Tel. (203) 772-2600

J. Mark Pohl
Pharmaceutical Patent Attorneys LLC,
55 Madison Avenue, 4th Floor
Morristown, New Jersey 07960-7397

Michael A. Colodney
Jason J. Stephans
Goen Technologies Corporation
8 Ridgedale Avenue
Cedar Knolls, New Jersey 07927

Attorneys for Defendants

2

**SO ORDERED:**

_____
**MARK R. KRAVITZ, U.S.D.J.**