UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NORTH AMERICAN PHARMCAL, INC., :
and PETER J. D'ADAMO, :
 :
       Plaintiffs, :
 :
v. : CIVIL NO.   3:03CV227 (MRK)
 :
GOEN GROUP, INC. :
VITAMERICA CORPORATION :
a/k/a VITAMERICA, INC., :
 :
       Defendants. :

**ENDORSEMENT ORDER [DOC. # 39]**

The Joint Motion for Entry of Stipulation of Dismissal [doc. #39] is hereby GRANTED. The Clerk is ordered to dismiss the action without prejudice and each party shall bear its own costs and attorneys fees. Furthermore, the parties shall refrain from pursuing an action against the other regarding infringement or noninfringement, or validity or nonvalidity of U.S. Patent 6,503,529 during the pendency of Reexamination of U.S. Patent 6,503,529.

                                    IT IS SO ORDERED.

                              /s/     Mark R. Kravitz
                                            U.S.D.J.

Dated at New Haven, Connecticut: November 19, 2003.